THE HONORABLE
JUDGE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LSP Industries, Inc.<br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>New Tech Cutting Tools, Inc.<br>　　　　　　　　Defendant. | Case No. 2:20-cv-01556-BJR<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT AND DEADLINES FOR RULE 26(f) CONFERENCE, INITIAL DISCLOSURES AND JOINT STATUS REPORT** |

This matter having come on for consideration of Defendant New Tech Cutting Tools, Inc.'s Unopposed Motion to Extend Deadline for Defendant to Respond to Complaint and to extend the Deadlines for Rule 26(f) Conference, Initial Disclosures, and Joint Status Report (the "Motion"), and for good cause shown, it is hereby ORDERED that:

The Motion is GRANTED.  Defendant New Tech Cutting Tools, Inc. shall have until February 1, 2021 to respond to Plaintiff's Complaint.  In addition, the parties shall have until: (1) March 8, 2021 to confer Under FRCP 26(f); (2) March 22, 2021 to serve initial disclosures under FRCP 26(a)(1); and (3) March 29, 2021 to file a joint status report under FRCP 26(f) and LCR 26(f).

Dated this 11th day of December, 2020.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge