1              THE HONORABLE
                 JUDGE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LSP INDUSTRIES, INC., | Case No. 2:20-cv-01556-BJR |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| NEW TECH CUTTING TOOLS, INC., | |
| Defendant. | |

The matter having come on for consideration of Plaintiff LSP Industries, Inc. and Defendant New Tech Cutting Tools, Inc.'s Stipulation for Dismissal, and for good cause shown, it is hereby ORDERED that:

All claims asserted against New Tech Cutting Tools, Inc. in the above-captioned matter are hereby dismissed with prejudice and without costs or fees to any party. This Court further retains

1 jurisdiction over this matter for the purpose of enforcing the terms of the Parties' settlement agreement

2 in this matter.

3     Dated this 1st day of February, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge